UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Crim No. 1:24-cr-00424 (ACR) |
| | ) |
| ANDREW MILLARD, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE

Leslie D. Wine, Indiana Federal Community Defenders, moves the Court to withdraw her appearance as counsel for the Defendant in this cause. Roger Roots has entered his appearance in the cause as retained counsel.

Respectfully submitted,

*Leslie D. Wine*
Leslie D. Wine
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204-5172
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on October 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Leslie D. Wine*
Leslie D. Wine