UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 24-cr-424 (ACR) |
| : | |
| **ANDREW MILLARD,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT AND
## MOTION TO TOLL SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Andrew Millard, hereby submit this status report as directed by the Court. *Oct. 16, 2024 Minute Entry.*

On October 16, 2024, the Court directed the government to produce as part of discovery the digital extract of the defendant's phone to defense counsel by November 16, 2024. The government produced this extract on October 30, 2024. Additional body-worn camera footage was also produced to the defendant on December 10, 2024. The government is not aware of further materials to be produced as part of discovery at this time.

The parties remain engaged in plea negotiations and see a possibility of reaching an agreement obviating the need to proceed to trial. Accordingly, the parties respectfully request that the Court set a status conference on the week of January 20, 2025 to allow further time for plea negotiations. The parties will apprise the Court of any plea agreement reached prior to the hearing.

Finally, the parties respectfully request that the Court exclude the period between December 16, 2024 and the date of the requested status conference from the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, to allow the parties to

further engage in plea negotiations and to allow the defendant to continue reviewing discovery, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                DC Bar No. 481052

By:   /s/ *Hutton Marshall*
        JOSEPH HUTTON MARSHALL
        Assistant U.S. Attorney
        DC Bar No. 1721890
        601 D Street, N.W.
        Washington, D.C. 20579
        (202) 809-2166
        Joseph.hutton.marshall@usdoj.gov

        *Counsel for the United States*

        ROGER ROOTS, ESQ.
        10 Dorrance Street
        Suite 700 #649
        Providence, RI 02903
        775-764-9347
        rroots@johnpiercelaw.com

        *Counsel for the Defendant*